USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/22/20_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

BRETT LOEBEL,

                Defendant.
----------------------------------------------------------X

17-CR-170 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    In an effort to reduce all parties' risk of exposure to COVID-19, the sentencing scheduled for Tuesday, March 31, 2020, at 11:00 a.m., is adjourned to Wednesday, May 27, 2020, at 2:30 p.m.

    SO ORDERED.

Dated: New York, New York
       March 22, 2020

                                                /s/ Kimba M. Wood /
                                               KIMBA M. WOOD
                                        United States District Judge