```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___5/18/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

         -against-

BRETT LOEBEL,

                     Defendant.
-----------------------------------------------------------X

17-CR-170 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    In an effort to reduce all parties' risk of exposure to COVID-19, the sentencing scheduled for Wednesday, May 27, 2020, is adjourned to July 21, 2020, at 2:30 p.m.

    SO ORDERED.

Dated: New York, New York
       May 18, 2020

                                          /s/ Kimba M. Wood /
                                           KIMBA M. WOOD
                                     United States District Judge