UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/21

-against-

BRETT LOEBEL,

               Defendant.
------------------------------------------------------------------x

ORDER
17 CR 170 (KMW)

KIMBA M. WOOD, District Judge:

    The defendant has communicated to the Court, through defense counsel, that he wishes to have an in-person sentencing. For that reason, and with defendant's consent, sentencing is adjourned to April 22, 2021, at 11:00 a.m. Defendant's submission is due by April 8, 2021. The Government's submission is due by April 15, 2021.

    SO ORDERED.

Dated: New York, New York
       February 3, 2021

                                               */s/ Kimba M. Wood*
                                            KIMBA M. WOOD
                                        UNITED STATES DISTRICT JUDGE