UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

BRETT LOEBEL,

                Defendant.
-------------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/21

**ORDER**
17 CR 170 (KMW)

KIMBA M. WOOD, District Judge:

    Sentencing for the above-captioned defendant is scheduled for June 15, 2021, at 4:00 p.m.; sentencing will be in-person.

    The defendant's sentencing submission is due to the Court by June 1, 2021. Government sentencing submission is due by June 8, 2021.

    SO ORDERED.

Dated: New York, New York
       April 19, 2021

                                                               */s/ Kimba M. Wood*
                                                    KIMBA M. WOOD
                                         UNITED STATES DISTRICT JUDGE