USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA           :
:
-v.-                             :           ~~PROPOSED~~ ORDER OF
:           RESTITUTION
BRETT LOEBEL,                      :
:           17 Cr. 170 (KMW)
Defendant.         :
:
- - - - - - - - - - - - - - - - - x

Upon the application of the United States of America, by its attorney, Audrey Strauss, United States Attorney for the Southern District of New York, David Abramowicz and Edward Imperatore, Assistant United States Attorneys, of counsel; the presentence report; the defendant's conviction on Counts One, Two, and Three of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution.** BRETT LOEBEL, the Defendant, shall pay restitution in the total amount of $822,959.27 to the victims of the offenses charged in Counts One, Two, and Three. The victims' names, addresses, and restitution amounts are set forth in the attached Schedule of Victims. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

1

**2. Joint and Several Liability.** Restitution is joint and several with the following defendant in the following case: Umair Hamid, the defendant in United States v. Umair Hamid, 17 Cr. 46 (RA).

**3. Sealing.** Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
June **15**, 2021

_____
THE HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE

_____
David B Tucker (ES)

_____
Brett Loebel